IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.A., a minor, by and through her parents, K.A. and S.A.,<br><br>        Plaintiff,<br><br>  v.<br><br>ST. HELENA UNIFIED SCHOOL DISTRICT,<br><br>        Defendant.<br>_____/ | No. C 09-03557 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

    This matter is set for a hearing on January 15, 2010 on Plaintiff's motion to strike. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than November 12, 2009 and a reply brief shall be filed by no later than November 20, 2009.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: October 28, 2009

                                                   JEFFREY S. WHITE<br>                                                 UNITED STATES DISTRICT JUDGE