IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.A., a minor, by and through her parents, K.A. and S.A.,<br><br>    Plaintiff,<br><br>  v.<br><br>ST. HELENA UNIFIED SCHOOL DISTRICT,<br><br>    Defendant.<br>_____ / | No. C 09-03557 JSW<br><br>**ORDER SETTING BRIEFING AND HEARING SCHEDULE** |

This matter is set for a hearing on January 29, 2010 on Defendant's motion for judgment on the pleadings. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than December 15, 2009 and a reply brief shall be filed by no later than December 22, 2009. In addition, the hearing on Plaintiff's pending motion to strike is CONTINUED to January 29, 2010 at 9:00 a.m.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: December 1, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE