**United States District Court**
For the Northern District of California

1

2                    IN THE UNITED STATES DISTRICT COURT

3                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5    K.A.,
                                              No. CV09-03557 JSW
6              Plaintiff,
                                           **ORDER SCHEDULING TRIAL AND**
7        v.                                      **PRETRIAL MATTERS**

8    St. Helena Unified School District,

9              Defendant.
10   _____/

11

12        Following the Case Management Conference, IT IS HEREBY ORDERED that the Case

13   Management Statement is adopted, except as expressly modified by this Order.  It is further

14   ORDERED that:

15        **A.    DATES**

16   Jury Trial Date:  10/25/2010, at 8:00 a.m.,

17   Pretrial Conference:  Monday, 10/4/2010, at 2:00 p.m.

18   Last Day to Hear Dispositive Motions:  Friday, 8/27/2010, 9:00 a.m.

19   Last Day for Expert Discovery:  7/15/2010

20   Last Day for Expert Disclosure: 6/8/2010

21   Close of Non-expert Discovery: 120 days after discovery commences (discovery commences 14

22   days after ruling on the Motion for Judgment on the Pleadings)

23        **B.    DISCOVERY**

24        The parties are reminded that a failure voluntarily to disclose information pursuant to

25   Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses

26   pursuant to Rule 26(e) may result in exclusionary sanctions.  Thirty days prior to the close of

27   non-expert discovery, lead counsel for each party shall serve and file a certification that all

28   supplementation has been completed.

**United States District Court**
For the Northern District of California

1    **C.    ALTERNATIVE DISPUTE RESOLUTION**

2        This matter is referred for an Early Neutral Evaluation to be conducted February 11,

3    2010.  The parties shall promptly notify the Court whether the case is resolved at the Early

4    Neutral Evaluation.

5    **D.    PROCEDURE FOR AMENDING THIS ORDER**

6        No provision of this order may be changed except by written order of this court upon its

7    own motion or upon motion of one or more parties made pursuant to Civil. L. R. 7-1 or 7-1-(b)

8    without a showing of very good cause.  If the modification sought is an extension of a deadline

9    contained herein, the motion must be brought before expiration of that deadline.  The parties

10   may not modify the pretrial schedule by stipulation.  A conflict with a court date set after the

11   date of this order does not constitute good cause. The parties are advised that if they stipulate to

12   a change in the discovery schedule, they do so at their own risk.  The only discovery schedule

13   that the Court will enforce is the one set in this order.  Additionally, briefing schedules that are

14   specifically set by the court may not be altered by stipulation; rather the parties must obtain

15   leave of Court.

16       **IT IS SO ORDERED.**

17

Dated:  December 2, 2009

18                                                                        _____
                                                                         JEFFREY S. WHITE
19                                                                       UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

2