IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Z.A., a minor, by and through her parents, K.A. and S.A.,

    Plaintiff,

v.

ST. HELENA UNIFIED SCHOOL DISTRICT,

    Defendant.

No. C 09-03557 JSW

**ORDER SETTING BRIEFING AND HEARING SCHEDULE**

This matter is set for hearing on February 5, 2010 at 9:00 a.m. on Defendant's motion for disqualify the guardian ad litem. An opposition to that motion shall be filed no later than January 7, 2010. A reply shall be filed no later than January 14, 2010. In addition, the hearing on the pending motion for judgment on the pleadings and motion to strike are HEREBY CONTINUED from January 29, 2010 to February 5, 2010, in order that all three motions may be heard at the same time.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: December 22, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE