SUE ANN SALMON EVANS, State Bar No. 151562
AMY R. LEVINE, State Bar No. 160743
DEBORAH L. UNGAR, State Bar No. 207763
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant / Counter-Claimant
St. Helena Unified School District

MANDY G. LEIGH, State Bar No. 225748
SARAH J. FAIRCHID, State Bar No. 238469
ALEXIS V. CASILLAS, State Bar No. 259148
Leigh Law Group *also DBA EDULEGAL*
870 Market Street, Suite 1161
San Francisco, CA 94102
Telephone: (415) 399-9155
Facsimile: (415) 399-9608

Attorneys for Plaintiffs / Counter-Defendants
KA., S.A., and Z.A.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.A., S.A., and Z.A., a minor, by and through her parents, K.A. and S.A., <br><br> Plaintiffs, <br><br> v. <br><br> St. Helena Unified School District, <br><br> Defendant. | Case No. CV 09-3557 JSW <br><br> **[PROPOSED ORDER] AND STIPULATION TO MOVE HEARING DATES FOR DISTRICT'S MOTION FOR JUDGMENT ON THE PLEADINGS, PLAINTIFFS' MOTION TO STRIKE AND DISTRICT'S MOTION TO DISQUALIFY GUARDIAN AD LITEM TO JANUARY 29, 2010** |
| St. Helena Unified School District, <br><br> Counter-Claimant, <br><br> v. <br><br> K.A., S.A., and Z.A., a minor, by and through her parents, K.A. and S.A., <br><br> Counter-Defendants. | Date: February 5, 2010 <br> Time: 9:00 a.m. <br> Dept: 11, 19th Floor <br> Judge: Hon. Jeffrey S. White <br><br> Complaint Filed: August 5, 2009 <br> Counterclaim Filed: October 5, 2009 |

-1-

**[PROPOSED ORDER] AND STIPULATION TO MOVE HEARING DATES FOR DISTRICT'S MOTION FOR JUDGMENT ON THE PLEADINGS, PLAINTIFFS' MOTION TO STRIKE AND DISTRICT'S MOTION TO DISQUALIFY GUARDIAN AD LITEM TO JANUARY 29, 2010; CASE NO. CV 09-3557 JSW**

SF 408471v2

WHEREAS, the District filed a Motion for Judgment on the Pleadings which was scheduled to be heard on January 29, 2010 until Judge White's December 22, 2009 order moved this hearing to February 5, 2010; and

WHEREAS, Plaintiffs file a Motion to Strike which was scheduled to be heard on January 29, 2010 until Judge White's December 22, 2009 order moved this hearing to February 5, 2010; and

WHEREAS, the District filed a Motion to Disqualify Guardian Ad Litem which is scheduled to be heard on February 5, 2010; and

WHEREAS, the parties have been ordered by Judge White to participate in Early Neutral Evaluation ("ENE") by February 11, 2010; and

WHEREAS the evaluator's schedule is limited and the parties and the evaluator were only able to agree to the date of January 29, 2010, a date selected because it followed the hearings on the motions which were to occur on that date; and

WHEREAS good cause exists to have all three motions heard on January 29, 2010 so that the parties will know during ENE whether the parents have settlement authority to resolve claims for Z.A., and because it serves the interests of economy;

THEREFORE, the parties, by and through their counsels of record, hereby stipulate and agree that the hearing date for (1) Defendant/counter-claimant's Motion to Disqualify Guardian Ad Litem, (2) Defendant/counter-claimant's Motion for Judgment on the Pleadings, and (3) Plaintiffs' Motion to Strike, currently scheduled for 9:00 a.m., February 5, 2010, shall be moved to 9:00 a.m., January 29, 2010.

The parties further stipulate to the following briefing schedule:

Plaintiffs' and counter-defendants' opposition to Defendant/counter-claimant's Motion to Disqualify Guardian Ad Litem shall be filed by January 11, 2010 at 9:00 a.m.

Defendant and cross-claimant's reply for the Motion to Disqualify Guardian Ad Litem shall be filed by January 15, 2010.

-2-

**[PROPOSED ORDER] AND STIPULATION TO MOVE HEARING DATES FOR DISTRICT'S MOTION FOR JUDGMENT ON THE PLEADINGS, PLAINTIFFS' MOTION TO STRIKE AND DISTRICT'S MOTION TO DISQUALIFY GUARDIAN AD LITEM TO JANUARY 29, 2010; CASE NO. CV 09-3557 JSW**

MILLER BROWN & DANNIS
71 STEVENSON STREET, 19TH FLOOR
SAN FRANCISCO, CA 94105

SF 408471v2

| | | |
|---|---|---|
| DATED: December 22, 2009 | | MILLER BROWN & DANNIS |

By:  */s/ Amy R. Levine*
    SUE ANN SALMON EVANS
    AMY R. LEVINE
    DEBORAH L. UNGAR
    Attorneys for Defendant / Counter-Claimant
    St. Helena Unified School District

DATED: December 22, 2009    LEIGH LAW GROUP

By:  */s/ Mandy G. Leigh*
    MANDY G. LEIGH
    SARAH J. FAIRCHILD
    ALEXIS V. CASILLAS
    Attorneys for Plaintiffs / Counter-Defendants
    K.A., S.A., and Z.A., a minor, by and
    through her parents K.A. and S.A.

**IT IS SO ORDERED.**

DATED: January 4, 2010

Hon. Jeffrey S. White
United States District Court Judge

-3-
[PROPOSED ORDER] AND STIPULATION TO MOVE HEARING DATES FOR DISTRICT'S MOTION FOR JUDGMENT ON THE PLEADINGS, PLAINTIFFS' MOTION TO STRIKE AND DISTRICT'S MOTION TO DISQUALIFY GUARDIAN AD LITEM TO JANUARY 29, 2010; CASE NO. CV 09-3557 JSW

SF 408471v2