Mandy Leigh
Sarah Fairchild
LEIGH LAW GROUP
870 Market St., Suite 1161
San Francisco, CA 94102
Office: (415) 399-9155
Fax: (415) 399-9608
mleigh@leighlawgroup.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.A., a minor, by and through her parents, K.A. and S.A.<br><br>Plaintiff,<br><br>vs.<br><br>ST. HELENA UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No.: 3:09-cv-03557-JSW<br><br>[PROPOSED] ORDER APPOINTING GUARDIAN AD LITEM |

The Petition of the Plaintiff, Z.A., for appointment of Steven C. Mitchell, Esq. as guardian ad litem for Z.A. having been considered, satisfactory proof having been made, and good cause appearing,

PURSUANT TO STIPULATION, IT IS ORDERED that:

Steven C. Mitchell, Esq. is appointed guardian ad litem for Plaintiff, Z.A., in this proceeding.

DATE:  February 24, 2010                          _____
                                                                    Judge Jeffrey S. White