SUE ANN SALMON EVANS, State Bar No. 151562
sevans@dwkesq.com
AMY R. LEVINE, State Bar No. 160743
alevine@dwkesq.com
DEBORAH UNGAR ETTINGER, State Bar No. 207763
dettinger@dwkesq.com
DANNIS WOLIVER KELLEY
71 Stevenson Street, 19th Floor
San Francisco, CA  94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant / Counter-Claimant
St. Helena Unified School District

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.A., S.A., and Z.A., a minor, by and through her parents, K.A. and S.A.,<br><br>Plaintiffs,<br><br>v.<br><br>St. Helena Unified School District,<br><br>Defendant. | Case No.  CV 09-3557 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**<br><br>Dept:   11, 19th Floor<br>Judge:  Hon. Jeffrey S. White<br><br>Complaint Filed:     August 5, 2009<br>Counterclaim Filed:  October 5, 2009 |
| St. Helena Unified School District,<br><br>Counter-Claimant,<br><br>v.<br><br>K.A., S.A., and Z.A., a minor, by and through her parents, K.A. and S.A.,<br><br>Counter-Defendants. | |

DANNIS WOLIVER KELLEY
71 STEVENSON STREET, 19TH FLOOR
SAN FRANCISCO, CA  94105

SF 424822v1

Pursuant to Rule 41(a)(1)(A)(ii) and (c)(2) and the settlement agreement between the Parties, approved by the Court on March 12, 2010, the Parties to this action by and through their respective counsel, hereby stipulate that this action be dismissed with prejudice in its entirety, including the Complaint and Counterclaim, and all dates pending be vacated, each party to bear his, her, or its own fees and costs.

DATED: April 8, 2010

DANNIS WOLIVER & KELLEY

By: /s/ Amy R. Levine

SUE ANN SALMON EVANS
AMY R. LEVINE
DEBORAH UNGAR ETTINGER
Attorneys for Defendant / Counter-Claimant
St. Helena Unified School District

DATED: April 8, 2010

LEIGH LAW GROUP

By: /s/ Mandy G. Leigh

Mandy G. Leigh
Attorneys for Plaintiffs/Counter-Defendants
Z.A. a minor, by and through her parents,
K.A. and S.A.

## ORDER

Pursuant to the Parties' stipulation and good cause appearing therefore, it is hereby ordered that this action, including the Complaint and Counterclaim, is dismissed with prejudice and all dates pending are vacated, each party to bear his, her, or its own costs and fees.

IT IS SO ORDERED.

DATED:      April 9, 2010

Honorable Jeffrey S. White
U.S. District Court for the Northern District of California

Dannis Woliver Kelley
71 Stevenson Street, 19th Floor
San Francisco, CA 94105

SF 424822v1

-1-